| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):* | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Bruce J. Highman, 101760<br>Highman, Highman and Ball<br>870 Market Street, Suite 467<br>San Francisco, CA 94102-0000 | (415) 982-5563 | |

ATTORNEY FOR *(Name):*    Plaintiff, Debra Springer-Bowman

Ref. No. or File No.

Insert name of court, judicial district or branch court, if any:

United States District Court
280 First St.
San Jose, CA 95113

PLAINTIFF:

Debra Springer-Bowman

DEFENDANT:

Bridge Bank of Silicon Valley, N.A.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>CV 08 2509 HRL |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons & Complaints; Order Setting Initial CMC & ADR Deadlines; Standing Order Re Initial Cs.Mgmt. Stmt.; Contents of Jnt.Cs.Mgmt.Stmt.; Welcome to the US Dist.Court Sheet; Mgmt./Dismissal Hearing Schedules; Drop Box Filing Procedures; Ntc.of Asgnmt. of Cs.to a US Magistrate Judge; Consent to Proceed with US Magistrate Judge Forms; Declination to Proceed with US Magistrate Judge Form; ECF Reg.Inf

ON: Bridge Bank, N.A.

AT: 55 Almaden Blvd.,, # 100
    San Jose, CA 95113
    (BUSINESS)

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH:
Manju Kamboj - V.P., Authorized Agent for Service of Process

ON: May 22, 2008
AT: 04:56 pm

Fee for Service: $50.00

Registered California process server.
Registration No.: 997
County: Santa Clara
Coast to Coast Legal Services
888 North First Street, Ste# 209
San Jose, CA 95112-0000

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on May 22, 2008 at San Jose, California.

Signature: _____
                    Mike Mcbull

12457/BProof39