LOUIS A. HIGHMAN, State Bar No. 61703
BRUCE J. HIGHMAN, State Bar No. 101760
HIGHMAN, HIGHMAN & BALL
A Professional Law Association
870 Market St., Suite 467
San Francisco, CA 94102
Telephone:  (415) 982-5563
Facsimile:  (415) 982-5202

Attorneys for Plaintiff Debra Springer-Bowman

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

DEBRA SPRINGER-BOWMAN,

          Plaintiff(s),

   v.

BRIDGE BANK OF SILICON VALLEY, N.A.,
et al.

         Defendant(s).
_____ /

No. CV 08 2509 HRL

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United

States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to

a United States District Judge.

Dated:  August 1, 2008

Signature  /s/ Louis A. Highman

Counsel for  Plaintiff
(Plaintiff, Defendant, or indicate "pro se")