UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Debra Springer-Bowman,<br><br>  Plaintiff,<br><br>  v.<br><br>Bridge Bank of Silicon Valley, N.A., et. al.,<br><br>  Defendants._____/ | No. C08-02509<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for September 2, 2008 before the Honorable Judge Howard R. Lloyd has been vacated.

Dated: August 5, 2008                                   RICHARD W. WIEKING,
                                                        United States District Court

                                                        */s/ Patty Cromwell*
                                                        By: Patty Cromwell
                                                        Courtroom Deputy Clerk to
                                                        Magistrate Judge Howard R. Lloyd

1
2   THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:
3
4   Bruce J. Highman     attorneys@highman-ball.com
5   Louis A Highman      attorneys@highman-ball.com
6   Rona Page Layton     rlayton@simsandlayton.com

**United States District Court**
For the Northern District of California