1  Rona P. Layton (SBN: 121238)
   SIMS & LAYTON
2  84 W. Santa Clara St., #660
   San Jose, CA 95113
3  (408) 998-3400

4  Attorneys for Defendants

5

6

7

8                        UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

12  DEBRA SPRINGER-BOWMAN,              CASE NO. 08-CV-02509 JW

13            Plaintiff,                STIPULATION AND [PROPOSED] ORDER
                                        EXTENDING TIME TO HOLD EARLY
14  v.                                  NEUTRAL EVALUATION

15  BRIDGE BANK OF SILICON VALLEY,
    N.A.; BRIDGE BANK, N.A.; BRIDGE
16  CAPITAL HOLDINGS,

17            Defendants.

18

19       Plaintiff Debra Springer-Bowman, through her attorney of record, Louis A. Highman, and

20  Defendants Bridge Bank, N.A. and Bridge Capital Holdings, through their attorney of record, Rona

21  P. Layton, hereby stipulate to extend the time to hold the Early Neutral Evaluation in this matter by

22  ninety (90) days.  The extension is necessary due to the ENE being improperly docketed as "private

23  ADR."

24                                             SIMS & LAYTON

25  Dated:     02/05/09                 By:      /s/ Rona P. Layton

26                                             RONA P. LAYTON
                                               Attorneys for Defendants Bridge Bank,
27                                             N.A. and Bridge Capital Holdings

28

1                                                HIGHMAN, HIGHMAN & BALL

2   Dated: _____02/05/09_____    By:    _/s/ Louis HIghman_____

3                                                LOUIS A. HIGHMAN,

4                                                Attorneys for Plaintiff Debra Springr-
                                               Bowman

5                                              ORDER

6

7          Good cause appearing, pursuant to the Stipulation of the parties, the time to hold the Early

8 Neutral Evaluation in this matter is extended by ninety (90) days to May 7, 2009.

    Dated: ____ February 6, 2009 _____    By: _____

9                                                HON. JAMES WARE

10                                                UNITED STATES DISTRICT COURT
                                               JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28