Rona P. Layton (SBN: 121238)
SIMS & LAYTON
84 W. Santa Clara St., #660
San Jose, CA 95113
(408) 998-3400

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DEBRA SPRINGER-BOWMAN,<br><br>Plaintiff,<br><br>v.<br><br>BRIDGE BANK OF SILICON VALLEY, N.A.; BRIDGE BANK, N.A.; BRIDGE CAPITAL HOLDINGS,<br><br>Defendants. | CASE NO. 08-CV-02509 JW<br><br>[PROPOSED] ORDER GRANTING REQUEST TO BE EXCUSED FROM ATTENDING EARLY NEUTRAL EVALUATION IN PERSON |

A letter from Defendant's counsel having been received requesting that the insurer representative be excused from attending in person the Early Neutral Evaluation scheduled for this matter pursuant to ADR Rule 5-10 (d), no objection having been made, and good cause appearing therefor:

IT IS ORDERED that the representative from Defendant Bridge Bank's insurer be excused from attending the Early Neutral Evaluation in person, and that he attend by telephone as directed by the neutral, the Hon. David A. Garcia.

Dated: 4/6/09

By: _____
HON. WAYNE D. BRAZIL
ADR Magistrate Judge
United States District Court

Order Re: ENE Attendance   08-CV-02509 JW        1