```
LOUIS A. HIGHMAN, CBN 61703
BRUCE J. HIGHMAN, CBN 101760
HIGHMAN, HIGHMAN & BALL
A Professional Law Association
870 Market St., Suite 467
San Francisco, CA 94102
Telephone:  (415) 982-5563
Facsimile:  (415) 982-5202

Attorneys for Plaintiff
DEBRA SPRINGER-BOWMAN
```

**IT IS SO ORDERED AS MODIFIED**
*Judge James Ware*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DEBRA SPRINGER-BOWMAN,<br><br>    Plaintiff,<br><br>v.<br><br>BRIDGE BANK OF SILICON VALLEY, N.A.; BRIDGE BANK, N.A.; BRIDGE CAPITAL HOLDINGS,<br><br>    Defendants.<br>_____/ | CASE NO. C 08-2509 JW<br><br>**NOTICE OF SETTLEMENT OF ENTIRE ACTION**<br><br>**ORDER TO SHOW CAUSE RE: SETTLEMENT** |

    TO THE COURT AND ALL PARTIES INVOLVED IN THIS CASE:

    PLEASE TAKE NOTICE that the above-entitled case has been resolved by the parties, and the parties are in the process of preparing papers pertaining thereto, and anticipate filing a stipulation for dismissal with prejudice of the entire action within 60 days of this notice. Accordingly, it is requested that any and all matters pending before the Court in this case in the next 60 days be taken off calendar.

```
DATED:  June 10, 2009
                                HIGHMAN, HIGHMAN & BALL
                                A Professional Law Association


                            By    /s/
                                Louis A. Highman
                                Attorneys for Plaintiff
```

**\*\*\* ORDER \*\*\***

On June 10, 2009, the parties notified the Court that the above-entitled matter has reached a settlement. (<u>See</u> Docket Item No. 29.) In light of the settlement, the Court vacates all trial and pretrial dates. On or before **August 17, 2009**, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca on **August 31, 2009 at 9 a.m.** and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b). On or before **August 17, 2009**, the parties shall file a joint statement in response to the Order to Show Cause. The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated: June 10, 2009

                                                JAMES WARE
                                                United States District Judge