```
1  LOUIS A. HIGHMAN, State Bar No. 61703
   BRUCE J. HIGHMAN, State Bar No. 101760
2  LAW OFFICES OF HIGHMAN, HIGHMAN & BALL
   870 Market Street, Suite 467
3  San Francisco, CA 94102
   Telephone:  (415) 982-5563
4
   Attorneys for Plaintiff DEBRA SPRINGER-BOWMAN
5

6  RONA P. LAYTON, State Bar No. 121238
   SIMS & LAYTON
7  84 W. Santa Clara St., #660
   San Jose, CA 95113
8  Telephone:  (408) 998-3400

9  Attorneys for Defendants BRIDGE BANK OF SILICON
   VALLEY, N.A., BRIDGE BANK, N.A., AND BRIDGE
10 CAPITAL HOLDINGS
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DEBRA SPRINGER-BOWMAN, | CASE NO. 08-CV-02509 JW |
| Plaintiff, | |
| -v- | STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE; [~~PROPOSED~~] ORDER |
| BRIDGE BANK OF SILICON VALLEY, N.A.; BRIDGE BANK, N.A.; BRIDGE CAPITAL HOLDINGS, | (F.R.Civ.P. Rule 41(a)(1) |
| Defendants. | |

Pursuant to the provisions of F.R.Civ.P. Rule 41(a)(1), plaintiff Debra Springer-Bowman and defendants Bridge Bank of Silicon Valley, N.A., Bridge Bank, N.A., and Bridge Capital Holdings, by and through their respective attorneys, do hereby

1

stipulate to dismiss the above-entitled action in its entirety with prejudice. None of the parties will seek a court award for attorneys' fees and costs.

SO STIPULATED:

DATED: July 23, 2009.

    LOUIS A. HIGHMAN
    BRUCE J. HIGHMAN
    LAW OFFICES OF HIGHMAN, HIGHMAN & BALL

    By /s/ Louis A. Highman
        Attorneys for Plaintiff
        DEBRA SPRINGER-BOWMAN

DATED: July 23, 2009.

    RONA P. LAYTON
    SIMS & LAYTON

    By /s/ Rona P. Layton
        Attorneys for
        Defendants BRIDGE
        BANK OF SILICON
        VALLEY, N.A.; BRIDGE
        BANK, N.A.; BRIDGE
        CAPITAL HOLDINGS

ORDER

Good cause appearing therefor, IT IS SO ORDERED. The Court terminates any remaining pending deadlines, hearing or motions. The Clerk shall close this file.

DATED: _____July 27_____, 2009. _____/s/ James Ware_____
        HON. JAMES WARE
        U.S. DISTRICT JUDGE

Stipulation for Dismissal with Prejudice--
Case No. 08-CV-02509 JW